Opinion by Hurt, J.

## GONZALES v. THE STATE.

Appeal from Tom Green county.

*Practice.*—State's witness, O. C., having testified on cross-examination that she was induced by the district attorney to make complaint, it was proper to admit rebutting testimony. It was improper as hearsay, to permit the witness, S., to testify to what the prosecuting witness told him the day after the offense, concerning certain matters pertaining to the offense. In the record there is not a particle of evidence establishing venue. Upon the grounds indicated, the judgment is reversed and the cause remanded.

Opinion by Willson, J.